UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL CHRISTOPHER HOLMES,

    Petitioner,

v.

JOHN LOVICK,

    Respondent.

CASE NO. C11-1097RSM

ORDER OF DISMISSAL

The Court, having considered the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge; petitioner's objections; respondent's response to the objections; and the balance of the record, does now FIND and ORDER:

(1) The Report and Recommendation is APPROVED and ADOPTED;

(2) The Court shall exercise discretion under 28 U.S.C. § 2254(b)(2) to consider the petition on the merits, notwithstanding petitioner's failure to exhaust all claims;

(3) The petition is DENIED on the merits for the reasons set forth in the well-reasoned Report and Recommendation, and DISMISSED with prejudice;

(4) The Court DENIES issuance of a certificate of appealability; and

(5) The Clerk shall send a copy of this Order to all parties and to Judge Tsuchida.

DATED this 16 day of April 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1